NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSIAS PLEASANT,                                    )
                                                   )
              Appellant,                           )
                                                   )
v.                                                 )        Case No. 2D17-2648
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
              Appellee.                            )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci and Deno
Economou, Judges.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.